```
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA
               FORT PIERCE DIVISION
          CASE NO. 13-14035-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

**LUIS ALBERTO RAMOS GOMEZ,**

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on July 17, 2013. A Report and Recommendation filed on August 2, 2013 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to the Sole Count in the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of September, 2013.

                                    _____
                                    DONALD L. GRAHAM
                                    UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Carmen M. Lineberger, AUSA
        Panayotta Augustin-Birch, AFPD
```